USMS/DIST. OF P.R.
WARRANTS SECTION

# UNITED STATES DISTRICT COURT

1998 DEC -8 PM 3:31

FOR THE _____ DISTRICT OF  PUERTO RICO _____

UNITED STATES OF AMERICA

VS.

HECTOR COLON-LUGARDO

*WARRANT FOR ARREST*

CASE NUMBER: CR. 97-236 (JAF)

To:  The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest **HECTOR COLON-LUGARDO**
(Name)

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment        [ ] Information        [ ] Complaint

[ ] Order of court    [X] DEFENDANT HAS FAILED TO COMPLY WITH HIS CONDITIONS OF SUPERVISED RELEASE.

charging him or her with (brief description of offense)

in violation of Title _____ United States Code, Section(s) _____

| JOSE A. FUSTE | U.S. DISTRICT JUDGE |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| REBECCA AGOSTINI-VIANA | DECEMBER 3, 1998, HATO REY, PUERTO RICO |
| Signature of Deputy Clerk | Date and Location |

Bail fixed at $ ----------NO BAIL--------------    By REBECCA AGOSTINI VIANA
                                                     Name of Deputy Clerk

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at
*Arrest in Southern District of NY*

| DATE RECEIVED 12/8/1998 | NAME & TITLE OF ARRESTING OFFICER C/DUSM Antonio Torres | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 5/3/1999 | | |